# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ATLANTIC-PACIFIC PROCESSING
SYSTEMS NV CORP.

    Plaintiff(s),

vs.

DANIEL PLAUT, et al.

    Defendant(s).

Case #2:21-cv-02060

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Dirk O. Julander_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Julander, Brown & Bollard_____
(firm name)

with offices at _____9110 Irvine Center Drive_____,
(street address)

_____Irvine_____, _____California_____, _____92618_____,
(city)    (state)    (zip code)

_____949-477-2100_____, _____doj@jbblaw.com_____.
(area code + telephone number)    (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by
_____Atlantic-Pacific Processing Systems NV Corp_____ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 12/14/1997 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of California (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| USDC - Central District | February 25, 1998 | 132313 |
| USDC - Southern District | May 11, 2010 | 132313 |
| USDC - Eastern District | April 30, 2011 | 132313 |
| USDC - Northern District | February 12, 1993 | 132313 |
| US Court of Appeals - 9th Circuit | October 8, 2014 | 132313 |
| US Court of Appeals - 7th Circuit | October 4, 2019 | 132313 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

California State Bar

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| May 6, 2019 | 1:19-cv-01072 | USDC - Indiana | Granted |
| May 6, 2019 | 1:19-cv-01069 | USDC - Indiana | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___California___ )
)
COUNTY OF ___Orange___ )

___Dirk O. Julander___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____
Notary Public or Clerk of Court

*Please see Attached*

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Todd W. Prall___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___Peccole Professional Park, 10080 Alta Drive, Suite 200___,
(street address)

___Las Vegas___, ___Nevada___, ___89145___,
(city)         (state)         (zip code)

___702-385-2500___, ___tprall@hutchlegal.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Todd W. Prall_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nathan Cedor, SVP Atlantic-Pacific Processing Services
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

9154                          tprall@hutchlegal.com
Bar number                    Email address

APPROVED:

Dated: December 27, 2021.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Orange                               )

On November 30, 2021 before me, Jordana McConnell, Notary Public
(insert name and title of the officer)

personally appeared Dirk O. Julander,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> JORDANA MCCONNELL
> Notary Public - California
> Orange County
> Commission # 2295005
> My Comm. Expires Jun 25, 2023

Signature _____    (Seal)

# The State Bar of California

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

180 Howard Street, San Francisco, CA 94105

AttorneyRegulation@calbar.ca.gov
888-800-3400

## CERTIFICATE OF STANDING

November 17, 2021

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, DIRK ODELL JULANDER, #132313 was admitted to the practice of law in this state by the Supreme Court of California on December 14, 1987 and has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Alex Calderon
Custodian of Records