BRIAN K. WALTERS, ESQ.
Nevada Bar No. 79711
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
E-Mail: bwalters@grsm.com

*Attorney for Daniel Plaut*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS NV CORP, a Nevada corporation,<br><br>vs.<br><br>Plaintiff,<br><br>DANIEL PLAUT, an individual; ALLAN INTRATOR, a.k.a. ALAN INTRATOR a.k.a ALLEN INTRATOR, an individual; INTELLIGENT MARKETS, INC., a Delaware corporation; TH QUALITY, LLC, a Puerto Rico limited liability company; TIMOTHY A. HARTMANN a.k.a. TIMOTHY A. HARTMAN, an individual; BARON INTERNET MARKETERS, LLC; a Nevada limited liability company; YISROEL BARON, an individual; JAYBRI ENTERPRISES LLC, a Nevada limited liability company; JASON BRILEY, an individual; MALLORIA MARKETING, LLC, a Nevada limited liability company; MALLORI LARI, an individual; FDR ONLINE MANAGEMENT, LLC, a Florida limited liability company; FRANKLIN ROYE, an individual; DAN CONSULTING, LLC, a Delaware limited liability company; DANIAL LEVENT, an individual; NGOC QUALITY WEB LLC, a Delaware limited liability company; NGOC PETERKIN, an individual; KSM CREATIVE ECOMM LLC, a Florida limited liability company; KEVIN MARQUINA, an individual; GN CONSULTING SERVICES LLC, a North Carolina limited liability company; GIANG TRUONG NGUYEN, an individual; PAY WEB CONSULTING SERVICES LLC, a Florida limited liability company; PAYAM HENDI, an individual; HANS MARKETING LLC, a North | Case No.: 2:21-CV-02060-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

| | |
|---|---|
| 1 | Carolina limited liability company; DENIS CHIHAN SU, an individual; MH CREATIVE WEB LLC, a Delaware limited liability company; MICHELLE HALL, an individual; BNT CONSULTING LLC, a Delaware limited liability company; BICHVAN NGOC THACH, an individual; IOS CONSULTING SERVICES LLC, a Florida limited liability company; IOANNIS SANCHEZ, an individual; CM ONLINE STRATEGIES LLC, a Florida limited liability company; CARMEN MORENO, an individual; CMONT WEB SERVICES LLC, a Delaware limited liability company; CHRISTOPHER MONTIGELLI, an individual; THE HILLIARD GROUP MARKETING LLC, an unknown business entity; MICAH HILLER, an individual; and DOES 1-0, inclusive, |
| | Defendants. |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**

Defendant Daniel Plaut ("Plaut") and Plaintiff, Atlantic-Pacific Processing Systems NV Corp., ("Plaintiff"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. On or about December 3, 2021, Daniel Hurteau, Esq., accepted service of Plaintiff's Complaint (ECF No. 1) on behalf of Plaut.

2. The deadline by which Plaut must answer or other otherwise respond to the Complaint (ECF No. 1) is extended to February 15, 2022. This extension is appropriate to allow Defendant's recently retained counsel to review and analyze the Complaint (ECF No. 1) and prepare an appropriate response.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice any party.

| Date: January 25, 2022 | Date: January 25, 2022 |
|---|---|
| HUTCHISON & STEFFEN, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| By: */s/ Todd W. Prall* <br> Patricia Lee, Esq. <br> Nevada Bar No. 8287 <br> Todd W. Prall, Esq. <br> Nevada Bar No. 9154 <br> Ramez Ghally, Esq. <br> Nevada Bar No. 15225 <br> Peccole Professional Park <br> 10080 Alta Drive, Suite 200 <br> Las Vegas, NV 89145 <br><br> Dirk O. Julander, Esq. <br> *(Pro Hac Vice Pending)* <br> Catherine A. Close, Esq. <br> *(Pro Hac Vice Pending)* <br> JULANDER, BROWN & BOLLARD <br> 9110 Irvine Center Dr. <br> Irvine, CA 92618 <br><br> *Attorneys for Atlantic-Pacific Processing Systems NV Corp.* | */s/ Brian K. Walters* <br> Brian K. Walters, Esq. <br> Nevada Bar No. 9711 <br> 300 So. 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br><br> *Attorneys for Defendant Daniel Plaut* |

**ORDER**

IT IS SO ORDERED

Dated:  January 26, 2022

_____
UNITED STATES MAGISTRATE JUDGE

-3-