Jerome P. Doctors, Esq.
California State Bar No. 143581
Nevada State Bar #3935
London Fischer LLP
515 Flower Street, Suite 1000
Los Anageles, California 90017
Telephone: (213) 404-0240
jdoctors@londonfischer.com

*Attorneys for Alan Intrator*

Donald T Polednak, Esq.
Nevada State Bar #4721
Sylvester & Polednak, Ltd.
1731 Village Center Circle
Las Vegas, Nevada 89134
Phone: (702) 952-5200
Fax: (702) 952-5205
don@sylvesterpolednak.com
*[Sylvester & Polednak has been designated for local service of papers, process or pleadings required to be served on Mr. Doctors as counsel for Alan Intrator. It is not counsel of record.]*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS NV CORP, a Nevada corporation,<br><br>vs.<br><br>Plaintiff,<br><br>DANIEL PLAUT, an individual; ALLAN INTRATOR, a.k.a. ALAN INTRATOR a.k.a ALLEN INTRATOR, an individual; INTELLIGENT MARKETS, INC., a Delaware corporation; TH QUALITY, LLC, a Puerto Rico limited liability company; TIMOTHY A. HARTMANN a.k.a. TIMOTHY A. HARTMAN, an individual; BARON INTERNET MARKETERS, LLC; a Nevada limited liability company; YISROEL BARON, an individual; JAYBRI ENTERPRISES LLC, a Nevada limited liability company; JASON BRILEY, an individual; MALLORIA MARKETING, LLC, a Nevada limited liability company; MALLORI LARI, an individual; FDR ONLINE MANAGEMENT, LLC, a Florida limited liability company; FRANKLIN ROYE, an individual; DAN CONSULTING, LLC, a Delaware limited liability company; DANIAL LEVENT, an individual; NGOC QUALITY WEB LLC, a | Case No.:   2:21-CV-02060-JCM-NJK<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT** |

-1-

Delaware limited liability company; NGOC PETERKIN, an individual; KSM CREATIVE ECOMM LLC, a Florida limited liability company; KEVIN MARQUINA, an individual; GN CONSULTING SERVICES LLC, a North Carolina limited liability company; GIANG TRUONG NGUYEN, an individual; PAY WEB CONSULTING SERVICES LLC, a Florida limited liability company; PAYAM HENDI, an individual; HANS MARKETING LLC, a North Carolina limited liability company; DENIS CHIHAN SU, an individual; MH CREATIVE WEB LLC, a Delaware limited liability company; MICHELLE HALL, an individual; BNT CONSULTING LLC, a Delaware limited liability company; BICHVAN NGOC THACH, an individual; IOS CONSULTING SERVICES LLC, a Florida limited liability company; IOANNIS SANCHEZ, an individual; CM ONLINE STRATEGIES LLC, a Florida limited liability company; CARMEN MORENO, an individual; CMONT WEB SERVICES LLC, a Delaware limited liability company; CHRISTOPHER MONTIGELLI, an individual; THE HILLIARD GROUP MARKETING LLC, an unknown business entity; MICAH HILLER, an individual; and DOES 1-0, inclusive,

Defendants.

### STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COMPLAINT

Defendant Alan Intrator ("Intrator") and Plaintiff, Atlantic-Pacific Processing Systems NV Corp., ("Plaintiff"), by and through their undersigned counsel of record, hereby agree and stipulate as follows:

1. Intrator accepted service of Plaintiff's Complaint (ECF No. 1).

2. The deadline by which Intrator must answer or other otherwise respond to the Complaint (ECF No. 1) is extended to February 15, 2022. Mr. Doctors, Intrator's counsel, had COVID and was just admitted to this Court on February 1, 2022, and this extension is appropriate to allow him adequate time to prepare an appropriate response to the Complaint (ECF No. 1.)

///

///

1     This is the parties' first request for an extension of time and is not intended to cause any undue delay or prejudice any party.

| | |
|---|---|
| Date: February 8, 2022 | Date: February 8, 2022 |
| **HUTCHISON & STEFFEN, PLLC** | **LONDON FISCHER** |
| By: */s/ Todd W. PralL*<br>Patricia Lee, Esq.<br>Nevada Bar No. 8287<br>Todd W. Prall, Esq.<br>Nevada Bar No. 9154<br>Ramez Ghally, Esq.<br>Nevada Bar No. 15225<br>Peccole Professional Park<br>10080 Alta Drive, Suite 200<br>Las Vegas, NV 89145<br><br>Dirk O. Julander, Esq.<br>*(Pro Hac Vice Pending)*<br>Catherine A. Close, Esq.<br>*(Pro Hac Vice Pending)*<br>JULANDER, BROWN & BOLLARD<br>9110 Irvine Center Dr.<br>Irvine, CA 92618<br><br>*Attorneys for Atlantic-Pacific Processing Systems NV Corp.* | */s/ Jerome P. Doctors*<br>Jerome P. Doctors, Esq.<br>Nevada Bar No. 3935<br>515 Flower Street, Suite 1000<br>Los Anageles, California 90017<br><br>*Attorneys for Defendant Alan Intrator* |

## ORDER

**IT IS SO ORDERED.**

Dated: February 8, 2022

_____
UNITED STATES MAGISTRATE JUDGE