Patricia Lee, NV State Bar No. 8287
  *plee@hutchlegal.com*
Todd W. Prall, NV State Bar No. 9154
  *tprall@hutchlegal.com*
Ramez Ghally, NV State Bar No. 15225
  *rghally@hutchlegal.com*
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone: (702) 385-2500
Facsimile: (702) 385-2086

Dirk O. Julander, CA Bar No. 132313 *(Pro Hac Vice)*
  *doj@jbblaw.com*
Catherine A. Close, CA Bar No. 198549 *(Pro Hac Vice)*
  *cac@jbblaw.com*
JULANDER, BROWN & BOLLARD
9110 Irvine Center Drive
Irvine, California 92618
Telephone:  (949) 477-2100
Facsimile:  (949) 477-6355

Attorneys for Plaintiff
ATLANTIC-PACIFIC PROCESSING
SYSTEMS NV CORP.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ATLANTIC-PACIFIC PROCESSING SYSTEMS NV CORP, a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>DANIEL PLAUT, an individual; ALLAN INTRATOR, a.k.a. ALAN INTRATOR a.k.a ALLEN INTRATOR, an individual; INTELLIGENT MARKETS, INC., a Delaware corporation; TH QUALITY, LLC, a Puerto Rico limited liability company; TIMOTHY A. HARTMANN a.k.a. TIMOTHY A. HARTMAN, an individual; BARON INTERNET MARKETERS, LLC; a Nevada limited liability company; YISROEL BARON, an individual; JAYBRI ENTERPRISES LLC, a Nevada limited liability company; JASON BRILEY, an individual; MALLORIA MARKETING, LLC, a Nevada limited liability company; MALLORI LARI, an individual; FDR | Case No. 2:21-cv-02060-JCM-NJK<br><br>Assigned to: Judge James C. Mahan & Magistrate Judge Nancy J. Koppe<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE ON DEFENDANTS TH QUALITY AND TIMOTHY HARTMAN; AND FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | ONLINE MANAGEMENT, LLC, a Florida limited liability company; FRANKLIN ROYE, an individual; DAN CONSULTING, LLC, a Delaware limited liability company; DANIAL LEVENT, an individual; NGOC QUALITY WEB LLC, a Delaware limited liability company; NGOC PETERKIN, an individual; KSM CREATIVE ECOMM LLC, a Florida limited liability company; KEVIN MARQUINA, an individual; GN CONSULTING SERVICES LLC, a North Carolina limited liability company; GIANG TRUONG NGUYEN, an individual; PAY WEB CONSULTING SERVICES LLC, a Florida limited liability company; PAYAM HENDI, an individual; HANS MARKETING LLC, a North Carolina limited liability company; DENIS CHIHAN SU, an individual; MH CREATIVE WEB LLC, a Delaware limited liability company; MICHELLE HALL, an individual; BNT CONSULTING LLC, a Delaware limited liability company; BICHVAN NGOC THACH, an individual; IOS CONSULTING SERVICES LLC, a Florida limited liability company; IOANNIS SANCHEZ, an individual; CM ONLINE STRATEGIES LLC, a Florida limited liability company; CARMEN MORENO, an individual; CMONT WEB SERVICES LLC, a Delaware limited liability company; CHRISTOPHER MONTIGELLI, an individual; THE HILLIARD GROUP MARKETING LLC, an unknown business entity; MICAH HILLER, an individual; and DOES 1-0, inclusive, |
| | Defendants. |

Defendants TH QUALITY, LLC ("THQ") and TIMOTHY HARTMAN ("Hartman;" hereinafter collectively "Defendants"), by and through their counsel of record, Phillip A. Silvestri, Esq. of Greenspoon Marder, and Plaintiff ATLANTIC-PACIFIC PROCESSING SYSTEMS NV CORP. ("APPS" or "Plaintiff"), by and through its counsel of record, Dirk O. Julander, Esq. of Julander, Brown & Bollard and Todd W. Prall, Esq. of Hutchison & Steffen, PLLC (all parties collectively the "Parties"), hereby stipulate and agree as follows based on the following facts:

1   **WHEREAS,** APPS filed its Complaint in this action on November 17, 2021 (Dkt. 1);

2   **WHEREAS,** on February 14, 2022, the Court granted APPS an extension of time to
3   April 11, 2022 to serve seven (7) unserved defendants, including THQ and Hartman (Dkt. 61);

4   **WHEREAS,** on April 6, 2022, APPS sought a second extension of time to serve only
5   THQ and Hartman (Dkt. 108);

6   **WHEREAS,** on April 7, 2022, the Court granted APPS's application for additional
7   time, extending the service deadline for THQ and Hartman to June 10, 2022 (Dkt. 109);

8   **WHEREAS,** APPS contends that on April 20, 2022, APPS served THQ through its
9   registered agent for service, Guy Gentile Nigro, pursuant to 14 L.P.R. §3781 (service by leaving
10  it at the dwelling house or usual place of abode in the Commonwealth of any officer, director or
11  registered agent of the company) (Dkt. 117). THQ contends service was improper;

12  **WHEREAS,** on May 4, 2022, APPS filed a Motion for Order Directing Alternate
13  Service on Hartman (Dkt. 115) which remains pending;

14  **WHEREAS,** having not received a responsive pleading, on May 31, 2022, APPS filed
15  an Application for Entry of Clerk's Default of THQ (Dkt. 118);

16  **WHEREAS,** THQ and Hartman have recently retained counsel in this action, Phillip A.
17  Silvestri, Esq. of Greenspoon Marder;

18  **WHERAS,** on June 1, THQ filed a motion to extend the deadline for THQ to respond to
19  the Complaint (Dkt. 119);

20  **WHEREAS,** on June 2, 2022, APPS filed an Ex Parte Motion to Extend Time to Serve
21  Hartman based on the pending Motion for Order Directing Alternate Service (Dkt. 123); and

22  **WHEREAS,** the Parties desire to resolve all issues related to service on THQ and
23  Hartman and to grant Defendants time to respond to the Complaint;

24  / / /
25  / / /
26  / / /
27
28

**BASED ON THE FOREGOING RECITALS, THE PARTIES HEREBY AGREE AND STIPULATE AS FOLLOWS:**

1. That Hartman, through his counsel, waives service of the Summons and Complaint;

2. That THQ waives service of the Summons and Complaint;

3. That APPS agrees to withdraw the Application for Entry of Clerk's Default of THQ (Dkt. 118);

4. ~~If the Application for Entry of Clerk's Default of THQ (Dkt. 118) is granted and a default is entered before this Order issues, APPS agrees to set aside the default of THQ;~~

5. That APPS agrees to withdraw the pending Motion for Order Directing Alternate Service on Hartman (Dkt. 115) and ~~, if necessary,~~ the Ex Parte Motion to Extend Time to Serve Hartman (Dkt. 123); and

6. That Defendants shall have 30 days from the Court's issuance of this Order to file their responsive pleadings. The motion to extend (Dkt. 119) is denied as moot.

7. APPS motion to seal (Dkt. 116) is also denied as moot.

**IT IS SO STIPULATED.**

IT IS SO ORDERED.
Dated: June 7, 2022

_____
United States Magistrate Judge

DATED this 7th day of June, 2022

| **HUTCHISON & STEFFEN, LLC** | **GREEENSPOON MARDER, LLP** |
|---|---|
| /s/ Todd W. Prall | /s/  Phillip A. Silvestri |
| Patricia Lee (8287) | Phillip A. Silvestri (11276) |
| Todd W. Prall (9154) | 3993 Howard Hughes Pkwy., Suite 400 |
| Peccole Professional Park | Las Vegas, Nevada 89169 |
| 10080 West Alta Drive, Suite 200 | Tel.: (702) 978-4249 |
| Las Vegas, Nevada 89145 | Fax: (954) 333-4256 |
| Tel.:   (702) 385-2500 | E-Mail: Phillip.Silvestri@gmlaw.com |
| Fax:   (702) 385-2086 | *Attorneys for Defendants TH Quality, LLC and Timothy Hartman* |
| Email:  plee@hutchlegal.com | |
|              tprall@hutchlegal.com | |
| *Attorneys for Plaintiff* | |

1 **JULANDER, BROWN & BOLLARD**

2 /s/ Dirk O. Julander
Dirk O. Julander (Pro Hac Vice)
3 Catherine A. Close (Pro Hac Vice)
4 9110 Irvine Center Drive
Irvine, California 92618
5 Tel.: (949) 477-2100
Fax: (949) 477-6355
6 Email: doj@jbblaw.com
           cac@jbblaw.com
7 *Attorneys for Plaintiff*